UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT EVANS,

        Plaintiff,                              Civil Action No.
                                                        09-CV-14164

vs.

                                                         HON. MARK A. GOLDSMITH

JACKIE COOKE, H. ELUM,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

This matter is presently before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Mark A. Randon, entered on December 21, 2011. The Magistrate Judge recommends that Defendants' motion for summary judgment be granted. Plaintiff has not filed objections to the R&R and the time to do so has expired. Thus, Plaintiff has waived any further right to appeal. Thomas v. Arn, 474 U.S. 140, 155 (1985). In any event, the Court has reviewed the R&R and finds that the Magistrate Judge has reached the correct result for correct reasons. Accordingly,

IT IS ORDERED that the Magistrate Judge's R&R [docket entry 19] is accepted and adopted as the findings and conclusions of the Court.

Dated: February 4, 2011                     s/Mark A. Goldsmith
      Flint, Michigan                         MARK A. GOLDSMITH
                                                         United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 4, 2011.

                                                                      s/Deborah J. Goltz
                                                                       DEBORAH J. GOLTZ
                                                                       Case Manager